**Broderick PATTERSON,
Plaintiff–Appellant,**

v.

**Liam KENNEDY, Eastern Correctional Institution; Dayton Rexrode, Eastern Correctional Institution; Kathleen Green, Warden, Eastern Correctional Institution; Jeffrey Kestler, Sergeant, Eastern Correctional Institution; DAniel Barnes, Captain, Eastern Correctional Institution, Defendants–Appellees,**

and

**J. Rolley; LA–Tricia Taylor; Robert Hanke; Christopher McReedy, Defendants.**

**No. 13–6882.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 24, 2013.

Broderick Patterson, Appellant pro se. Stephanie Judith Lane–Weber, Assistant Attorney General, Siobhan Kelly Madison, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Broderick Patterson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patterson v. Kennedy,* No. 8:11–cv–02487–DKC (D. Md. filed June 25, 2012 & entered June 26, 2012; Apr. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*